# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **Christy Boyd,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **V.** ) | Case No. 09-3486-CV-S-JTM |
| ) | |
| **Michael J. Astrue,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On Wednesday, March 16, 2012, the Court heard oral argument on *Plaintiff's Social Security Brief,* filed September 28, 2010 [Doc. 8] and the *Brief For Defendant*, filed December 13, 2010 [Doc. 11]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the argument, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.


                                           */s/ John T. Maughmer*
                                            **JOHN T. MAUGHMER**
                                           **U. S. MAGISTRATE JUDGE**